|   |   |
|---|---|
|   | The Honorable Marc Barreca<br>Chapter 7 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>PAKIE VINCENT PLASTINO,<br><br>    Debtor. | Case No. 17-11760-MLB |
| RONALD G. BROWN, solely in his capacity as Chapter 7 Trustee for Pakie Vincent Plastino,<br><br>    Plaintiff,<br><br>and<br><br>JAMES RIGBY, solely in his capacity as Chapter 7 Trustee of the Bankruptcy of Debra L. Wilson,<br><br>    Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE FOR IMPAC REAL ESTATE ASSET TRUST SERIES 2006-SD1,<br><br>    Defendant. | Adversary Proceeding No. 20-01012-MLB (Consolidated with Adversary Proceeding No. 20-01013)<br><br>NOTICE OF APPEAL AND STATEMENT OF ELECTION |

NOTICE OF APPEAL AND STATEMENT OF ELECTION - 1

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101

Case 20-01012-MLB    Doc 43    Filed 01/11/21    Ent. 01/11/21 13:20:19    Pg. 1 of 3

I. APPELLANTS

    1. Ronald G. Brown, solely in his capacity as the chapter 7 trustee for the bankruptcy estate of Pakie Vincent Plastino.

    2. James Rigby, solely in his capacity as the Chapter 7 trustee for the bankruptcy estate of Debra L. Wilson.

    3. Appellant Ronald G. Brown is the plaintiff in adversary proceeding number 20-01012.

    4. Appellant James Rigby is the plaintiff in adversary proceeding number 20-01013, consolidated under adversary proceeding number 20-01012 on April 6, 2020.

II. SUBJECT OF APPEAL

    5. Plaintiffs Brown and Rigby are appealing from the Memorandum Decision [Dkt. # 42], entered December 29, 2020.

III. OTHER PARTIES TO APPEAL

    6. Deutsche Bank National Trust Company, as Indenture Trustee for Impac Real Estate Asset Trust Series 2006-SD1.

    7. Hugh McCullough and Fred Burnside, attorneys with Davis Wright Tremaine LLP, as counsel for Deutsche Bank National Trust Company, as Indenture Trustee for Impac Real Estate Asset Trust Series 2006-SD1.

*[The rest of this page intentionally left blank.]*

NOTICE OF APPEAL AND STATEMENT OF ELECTION - 2

GROSHONG LAW PLLC
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101

Case 20-01012-MLB    Doc 43    Filed 01/11/21    Ent. 01/11/21 13:20:19    Pg. 2 of 3

IV. OPTIONAL ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT

8. Appellants elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

DATED this 11th day of January, 2021.

| GROSHONG LAW PLLC | WOOD & JONES, P.S. |
|---|---|
| */s/ Geoffrey Groshong* <br> Geoffrey Groshong <br> WSB No. 6124 | */s/ Denice E. Moewes (per e-mail dated 1.11.2021)* <br> Denice E. Moewes <br> WSB No. 19464 |
| Counsel for Ronald G. Brown <br> Appellant | Co-counsel for James Rigby <br> Appellant |
| | SCHWEET, LINDE, & COULSON, PLLC |
| | */s/ Thomas S. Linde (per e-mail dated 1.11.2021)* <br> Thomas L. Linde <br> WSB No. 14426 |
| | Co-counsel for James Rigby <br> Appellant |

NOTICE OF APPEAL AND STATEMENT OF ELECTION - 3

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101

Case 20-01012-MLB    Doc 43    Filed 01/11/21    Ent. 01/11/21 13:20:19    Pg. 3 of 3